UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 6 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ROMAN MARQUEZ-CARRERA,<br><br>              Defendant. | CASE NO. 12cr2767-IEG<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment/Information:

18:922(g)(5)(A);18:924(d)(1);28:2461(c) - Illegal Alien in Posssession of Ammunition, Criminal Forfeiture (Felony)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/16/12

_Louisa S Porter_
Louisa S Porter
U.S. Magistrate Judge

RECEIVED
DOCKETED
AUG 2 0 2012